UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Scura, Wigfield, Heyer,
 Stevens & Cammarota, LLP
 1599 Hamburg Turnpike
 Wayne, New Jersey 07470
 Tel: (973) 696-8391
 Counsel for the Debtor

**Order Filed on August 15, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

 John G. Sciortino,

                        Debtor.

Case No.:         _____17-18105_____

Chapter:          _____13_____

Judge:            _____SLM_____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

   The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 15, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/10/2017_____ :

Property:      23 Lake Road, Saddle River, New Jersey 07458

Creditor:      Seterus, Inc.

and a Request for

☑  Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

☐  Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/10/2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*