UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

**Order Filed on November 14, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

John G. Sciortino,

Debtor.

Case No.: 17-18105

Chapter: 13

Judge: SLM

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/10/2017_____ :

Property:    23 Lake Road, Saddle River, New Jersey 07458

Creditor:    Seterus, Inc.

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____,
and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____02/08/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2