Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−18105−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John G Sciortino
   aka Jack Sciortino
   23 Lake Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2517

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:         1/2/18
Time:         02:30 PM
Location:     Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Guillermo Gonzalez
Debtor's Attorney

COMMISSION OR FEES
$3,972.67

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: December 5, 2017
JAN:

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 17-18105-SLM
John G Sciortino                                              Chapter 13
       Debtor
                           CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Dec 05, 2017
                              Form ID: 137                Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db             +John G Sciortino,    23 Lake Road,    Saddle River, NJ 07458-1602
cr             +FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +MTGLQ INVESTORS, L.P.,,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516780071      +Atlantic Imaging Group, LLC,     110 South Jefferson Road,    201,    Whippany, NJ 07981-1038
516780072      +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516780073       C.Tech Collections,    PO Box 402,    Mount Sinai, NY 11766-0402
516780075     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
516780077      +Cumberland Insurance Group,    PO Box 596,    Bridgeton, NJ 08302-0490
516780078      +David B. Watner,    1129 Bloomfield Ave., Suite 208,    Caldwell, NJ 07006-7123
516780079      +Dsrm Nt Bk,    Pob 631,    Amarillo, TX 79105-0631
516780081       FMA Alliance, Ltd,    PO Box 2409,    Houston, TX 77252-2409
516780080      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
516780082      +Foremost Insurance Gorup,    5600 Beech Tree Lane,    Caledonia, MI 49316-9482
516780083      +Glazer & Kamel,    1207 East Grand Street,    3rd Floor,    Elizabeth, NJ 07201-2328
516780086      +HUMC Cardio Partners, PC,    PO Box 48339,    Newark, NJ 07101-8539
516780084      +Hackensack Radiology Grp,    PO Box 6750,    Portsmouth, NH 03802-6750
516780085      +Hayt, Hayt & Landau, LLP,    2 Industrial Way West,    Eatontown, NJ 07724-2279
517029460      +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,     PO Box 10826,
                 Greenville, SC 29603-0826
516780087      +Michael Distefano, MD PA,    140 Noth Route 17,    Ste. 255,    Paramus, NJ 07652-2817
516780088      +Michael Harrison,Esq.,    3155 Route 10 East,    Suite 214,    Denville, NJ 07834-3430
516829934      +NJ Class,    PO Box 548,    Trenton, NJ 08625-0548
516780096       PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
516780091      +Phelan, Hallinan, Diamond & Jones, LLP,     400 Fellowship Road, ste. 100,
                 Mount Laurel, NJ 08054-3437
516780092      +Plaza Recovery, Inc.,    5800 North Course Dr.,    Houston, TX 77072-1613
516780094      +Powers Kirn, LLC,    728 Marne Highway,    #200,    Moorestown, NJ 08057-3128
516780095      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516780097      +Samuel J. Weinstein, Esq.,    2 West Northfield Road,    #204,    Livingston, NJ 07039-3758
516780098      +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
516780099      +Solomon & Solomon, PC,    Five Columbia Circle,    Albany, NY 12203-6374
516780100      +State Of Nj Student As,    Po Box 543,    Trenton, NJ 08625-0543
516780101      +Stephen J. Mcilveen, MD,    1 West Ridgewood Ave.,    #307,    Paramus, NJ 07652-2350
516836885       The Bank of New York Mellon f/k/a..,     c/o Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
516780102     #+The Law Firm of Ryan E. Calef & Associat,     The Bucks County Office Center,
                 1276 Veterans Highway,    Ste. E-1,    Bristol, PA 19007-2597
516780103      +The Valley Hospital,    223 North Van Dien Ave.,    Ridgewood, NJ 07450-2736
517006747       U.S. Department of Education,     c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
516780105      +Valley ER Associates, PA,    PO Box 1173,    Ridgewood, NJ 07451-1173
516780106      +Valley Hospital,    223 N. Van Dien Avenue,    Ridgewood, NJ 07450-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 05 2017 23:06:32      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 05 2017 23:06:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517029063       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2017 23:16:33
                 CACH, LLC C/O Resurgent Capital Services,     PO BOX 10675,    Greenville, SC 29603-0675
516780074      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 05 2017 23:16:34      Cach of NJ, LLC,
                 4340 South Monaco St.,    Denver, CO 80237-3485
516780076      +E-mail/Text: bankruptcy@cavps.com Dec 05 2017 23:06:49      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
517001498      +E-mail/Text: bankruptcy@cavps.com Dec 05 2017 23:06:49      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
517001207      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2017 23:06:28      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516780089      +E-mail/Text: bankruptcydpt@mcmcg.com Dec 05 2017 23:06:28      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516780090      +E-mail/Text: bankruptcydepartment@tsico.com Dec 05 2017 23:07:19
                 NCO Financial Systems, Inc.,    PO Box 15273,    Wilmington, DE 19850-5273
516780093      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 05 2017 23:28:02
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516780104       E-mail/Text: bnc@alltran.com Dec 05 2017 23:05:39      United Recovery Systems,    PO Box 722910,
                 Houston, TX 77272-2910
516886857      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2017 23:16:45      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 12
```

```
District/off: 0312-2          User: admin                 Page 2 of 2                  Date Rcvd: Dec 05, 2017
                              Form ID: 137                Total Noticed: 49
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Guillermo  Gonzalez    on behalf of Debtor John G Sciortino ggonzalez@scuramealey.com,
               ecfbkfilings@scuramealey.com;cbalala@scuramealey.com;ascolavino@scuramealey.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor   MTGLQ INVESTORS, L.P., nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New
               York, as successor trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the
               Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity L ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor   The Bank of New York Mellon fka The Bank of
               New York, as successor trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the
               Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity L ecf@powerskirn.com
                                                                                              TOTAL: 8
```