UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

Order Filed on February 15, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

John G. Sciortino,

Debtor.

Case No.:     17-18105

Chapter:     13

Judge:     SLM

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 15, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on \_\_\_\_\_05/10/2017\_\_\_\_\_ :

Property:     23 Lake Road, Saddle River, New Jersey 07458_____

Creditor:     \_Seterus, Inc._____

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____05/09/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2