UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

**Order Filed on May 16, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

John G. Sciortino,

                              Debtor.

Case No.:          17-18105

Chapter:                13

Judge:                 SLM

# ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and

creditor on _____05/10/2017_____ :

Property:      23 Lake Road, Saddle River, New Jersey 07458 _____

Creditor:      Seterus, Inc._____

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____08/07/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2