UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel: (973) 696-8391
Counsel for the Debtor

**Order Filed on August 13, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

John G. Sciortino,

Debtor.

Case No.:   17-18105 (SLM)

Chapter:   13

Judge:   Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 13, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____05/16/2018_____ :

Property:    23 Lake Road, Saddle River, New Jersey 07458

Creditor:    Seterus, Inc.

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/05/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2