Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 17−18105−SLM
                          Chapter: 13
                          Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John G Sciortino
   aka Jack Sciortino
   23 Lake Road
   Saddle River, NJ 07458

Social Security No.:
   xxx−xx−2517

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on .

   On 1/4/2019 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                  February 13, 2019
Time:                08:30 AM
Location:          Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: January 7, 2019
JAN: ntp

                                                                           Jeanne Naughton
                                                                             Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                             Case No. 17-18105-SLM
John G Sciortino                                                   Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jan 07, 2019
                              Form ID: 185             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 09, 2019.
db             +John G Sciortino,    23 Lake Road,    Saddle River, NJ 07458-1602
cr             +FEDERAL NATIONAL MORTGAGE ASSOCIATION (FANNIE MAE,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr             +MTGLQ INVESTORS, L.P.,,     Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516780071    #+Atlantic Imaging Group, LLC,     110 South Jefferson Road,    201,    Whippany, NJ 07981-1038
516780072      +Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516780073       C.Tech Collections,    PO Box 402,    Mount Sinai, NY 11766-0402
516780077      +Cumberland Insurance Group,     PO Box 596,    Bridgeton, NJ 08302-0490
516780078      +David B. Watner,    1129 Bloomfield Ave., Suite 208,    Caldwell, NJ 07006-7123
516780079      +Dsrm Nt Bk,    Pob 631,    Amarillo, TX 79105-0631
516780081       FMA Alliance, Ltd,    PO Box 2409,    Houston, TX 77252-2409
516780080      +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
516780082      +Foremost Insurance Gorup,     5600 Beech Tree Lane,    Caledonia, MI 49316-9482
516780083      +Glazer & Kamel,    1207 East Grand Street,    3rd Floor,    Elizabeth, NJ 07201-2328
516780086      +HUMC Cardio Partners, PC,     PO Box 48339,    Newark, NJ 07101-8539
516780084      +Hackensack Radiology Grp,     PO Box 6750,    Portsmouth, NH 03802-6750
516780085      +Hayt, Hayt & Landau, LLP,     2 Industrial Way West,    Eatontown, NJ 07724-2279
517029460      +MTGLQ Investors, L.P.,    c/o Shellpoint Mortgage Servicing,     PO Box 10826,
                 Greenville, SC 29603-0826
516780087      +Michael Distefano, MD PA,     140 Noth Route 17,    Ste. 255,    Paramus, NJ 07652-2817
516780088      +Michael Harrison,Esq.,    3155 Route 10 East,    Suite 214,    Denville, NJ 07834-3430
516829934      +NJ Class,    PO Box 548,    Trenton, NJ 08625-0548
516780096       PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
516780091      +Phelan, Hallinan, Diamond & Jones, LLP,     400 Fellowship Road, ste. 100,
                 Mount Laurel, NJ 08054-3437
516780092      +Plaza Recovery, Inc.,    5800 North Course Dr.,    Houston, TX 77072-1613
516780094      +Powers Kirn, LLC,    728 Marne Highway,    #200,    Moorestown, NJ 08057-3128
516780095      +Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
516780097      +Samuel J. Weinstein, Esq.,    2 West Northfield Road,    #204,    Livingston, NJ 07039-3758
516780098      +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
516780099    #+Solomon & Solomon, PC,    Five Columbia Circle,    Albany, NY 12203-5180
516780100       State Of Nj Student As,    Po Box 543,    Trenton, NJ 08625-0543
516780101      +Stephen J. Mcilveen, MD,    1 West Ridgewood Ave.,    #307,    Paramus, NJ 07652-2350
516836885       The Bank of New York Mellon f/k/a..,     c/o Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
516780103      +The Valley Hospital,    223 North Van Dien Ave.,    Ridgewood, NJ 07450-2736
517006747       U.S. Department of Education,     c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
516780105      +Valley ER Associates, PA,     PO Box 1173,    Ridgewood, NJ 07451-1173
516780106      +Valley Hospital,    223 N. Van Dien Avenue,    Ridgewood, NJ 07450-2736

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 08 2019 00:14:04      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 08 2019 00:14:02     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517029063       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 08 2019 00:22:56
                 CACH, LLC C/O Resurgent Capital Services,     PO BOX 10675,    Greenville, SC 29603-0675
516780075       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 08 2019 00:12:07      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
516780074      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 08 2019 00:23:31      Cach of NJ, LLC,
                 4340 South Monaco St.,    Denver, CO 80237-3485
516780076      +E-mail/Text: bankruptcy@cavps.com Jan 08 2019 00:14:24      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
517001498      +E-mail/Text: bankruptcy@cavps.com Jan 08 2019 00:14:24      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517001207      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 08 2019 00:14:01      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN, MI 48090-2011
516780089      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 08 2019 00:14:01      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516780090      +E-mail/Text: bankruptcydepartment@tsico.com Jan 08 2019 00:14:45
                 NCO Financial Systems, Inc.,    PO Box 15273,    Wilmington, DE 19850-5273
516780093      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 08 2019 00:11:17
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
516780104       E-mail/Text: bnc@alltran.com Jan 08 2019 00:13:02     United Recovery Systems,    PO Box 722910,
                 Houston, TX 77272-2910
516886857      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 08 2019 00:23:16      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 13
```

```
District/off: 0312-2          User: admin             Page 2 of 2                  Date Rcvd: Jan 07, 2019
                              Form ID: 185            Total Noticed: 48
```

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516780102     ##+The Law Firm of Ryan E. Calef & Associat,   The Bucks County Office Center,
                 1276 Veterans Highway,   Ste. E-1,   Bristol, PA 19007-2597
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 7, 2019 at the address(es) listed below:
```
              David L. Stevens    on behalf of Debtor John G Sciortino dstevens@scurameley.com,
               ecfbkfilings@scurameley.com;dsklar@scurameley.com;tscialla@scurameley.com;mmack@scura.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Guillermo  Gonzalez    on behalf of Debtor John G Sciortino ggonzalez@scurameley.com,
               ecfbkfilings@scurameley.com;tscialla@scurameley.com;mmack@scura.com;jesposito@scurameley.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    MTGLQ INVESTORS, L.P., nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New
               York, as successor trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the
               Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity L ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    The Bank of New York Mellon fka The Bank of
               New York, as successor trustee to JPMorgan Chase Bank, N.A., as Trustee on behalf of the
               Certificateholders of the CWHEQ Inc., CWHEQ Revolving Home Equity L ecf@powerskirn.com
                                                                                             TOTAL: 9
```